**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM MAITLAND, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-00779-JDW** |
| | : | |
| **THOMAS BUSH,** *et al.,* | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 11th day of March, 2026, upon consideration of Plaintiff William Maitland, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed. The Clerk of Court shall strike William Maitland, Sr. as a plaintiff in this case.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED WITHOUT PREJUDICE** . Mr. Maitland may file an amended complaint on or before April 10, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and state the basis for Mr. Maitland's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Maitland should be mindful of my reasons for dismissing the claims in his initial Complaint, as explained in the accompanying

Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk of Court shall send Mr. Maitland a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil rights action bearing the above-captioned civil action number. Mr. Maitland may use this form to file his amended complaint if he chooses to do so. If Mr. Maitland does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before April 10, 2026, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case. If Mr. Maitland fails to file any response to this Order, then I will conclude that Mr. Maitland intends to stand on his Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that Mr. Maitland's Motion For Temporary Restraining Order (ECF No. 3), Supplemental Motion For Sanctions (ECF No. 9), and Motion Of Pro Se Plaintiff William Maitland For An Order Terminating Sanctions And Finding Of Contempt Against Defendants (ECF No. 10) are **DENIED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Motion For Permission To File Electronically (ECF No. 7) is **DENIED** for the reasons stated in the accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**