**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM MAITLAND, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-00779-JDW** |
| | : | |
| **THOMAS BUSH,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 27th day of March, 2026, upon consideration of Plaintiff William Maitland, Jr.'s *pro se* Amended Complaint (ECF No. 15), Motion for Service by the U.S. Marshal (ECF No. 16), Supplemental Submission of Missing Summons and Praecipe to Correct Party List (ECF No. 17), Notice of Corrected Address for Service (ECF No. 18), Notice of Federal Reporting & Oversight (ECF No. 19), and Notice (ECF No. 20), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted.

It is **FURTHER ORDERED** that the Motion for Service by the U.S. Marshal (ECF No. 16) is **DENIED AS MOOT**.

I certify that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**